RAÚL R. LABRADOR
ATTORNEY GENERAL

LINCOLN DAVIS WILSON, ISB #11860
Chief, Civil Litigation and
Constitutional Defense

Brian V. Church, ISB #9391
Deputy Attorney General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
lincoln.wilson@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendant Dave Jeppesen*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| KEEVA ROSSOW,<br><br>    Plaintiff,<br><br>v.<br><br>DAVE JEPPESEN, Director, Idaho Health and Welfare, in his official capacity,<br><br>    Defendant. | Case No. 1:23-cv-00131<br><br>**DEFENDANT'S MOTION TO DISMISS** |

Defendant Dave Jeppesen, Director, Idaho Health and Welfare, in his official capacity, hereby under Rule 12(b)(6) moves to dismiss this action with prejudice for failure to state a claim for relief. In support of this motion, Defendant proffers the accompanying memorandum of law and Declaration of Lincoln Davis Wilson.

DATED: June 5, 2023.

                STATE OF IDAHO
                OFFICE OF THE ATTORNEY GENERAL

           By: /s/ *Lincoln Davis Wilson*
                LINCOLN DAVIS WILSON
                Chief, Civil Litigation and
                Constitutional Defense
                BRIAN V. CHURCH
                Deputy Attorney General

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard A. Hearn
hearn@hearnlawyers.com

John B. Ingelstrom
jbi@hearnlawyers.com

Emily MacMaster
emily@macmasterlaw.com

    /s/ *Lincoln Davis Wilson*
LINCOLN DAVIS WILSON
Chief, Civil Litigation and
Constitutional Defense