RICHARD A. HEARN (ISB No. 5574)
JOHN B. INGELSTROM (ISB No. 2659)
HEARN LAW, PLC
151 N. 3rd Ave., Ste. 100
P.O. Box 70
Pocatello, Idaho 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816
E-mail: hearn@hearnlawyers.com
         jbi@hearnlawyers.com

EMILY MACMASTER (ISB No. 6449)
MacMaster Law, PLLC
3363 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 608-2235
E-mail: emily@macmasterlaw.com
         emacmaster07@gmail.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| KEEVA ROSSOW,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVE JEPPESEN, Director, Idaho Department of Health and Welfare, in his official capacity,<br><br>      Defendant. | Case No.: 1:23-cv-131-BLW<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Plaintiff KEEVA ROSSOW, by and through her undersigned counsel of record, pursuant to *Rules 23(a) and 23(b) of the Federal Rules of Civil Procedure* moves to certify a class in this action defined as, **All women appearing on the State of Idaho Child Protection Central**

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION–Page 1

**Registry on or after March 30, 2021 pursuant to IDAPA *16.06.01.563.02.a* for use of Tetrahydrocannabinol ("THC") while pregnant, and all women whom the Idaho Department of Health and Welfare will in the future "substantiate" for use of THC while pregnant and placement on the Central Registry pursuant to *IDAPA 16.06.01.563.02.a*.** Plaintiff further moves for her counsel of record in this action to be appointed as class counsel pursuant to *Rule 23(g) of the Federal Rules of Civil Procedure*.

This motion is supported by Plaintiff's Memorandum in Support of Motion for Class Certification and the Declaration of Emily MacMaster with Exhibits A–I thereto. As some of the information in the memorandum and exhibits to the declaration may be subject to confidentiality pursuant to the Order Granting Joint Motion for a Protective Order at Docket No. 56, upon the Stipulated Protective Order at Docket No. 55-1, redacted copies of them are filed herewith for the public docket. The unredacted originals of the memorandum and declaration are submitted with the Motion to Seal filed herewith.

Respectfully Submitted this 13th day of August 2024.

MACMASTER LAW, PLLC

/s/ Emily A. MacMaster
Emily A. MacMaster
Attorneys for Plaintiff

HEARN LAW, PLC
Rick Hearn
John Ingelstrom
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August 2024, I caused a true and correct copy of the foregoing document to be served by the method indicated below upon:

| | |
|---|---|
| Brian Church (ISB No. 9391)<br>IDAHO OFFICE OF ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>Facsimile: (208) 854-8073<br>brian.church@ag.idaho.gov<br><br>*Attorneys for Defendant* | ☒ CM/ECF system<br>☐ E-Mail<br>☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivery<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail |

By: /s/ Emily A. Mac Master
Emily A. MacMaster