RICHARD A. HEARN (ISB No. 5574)
JOHN B. INGELSTROM (ISB No. 2659)
HEARN LAW, PLC
151 N. 3rd Ave., Ste. 100
P.O. Box 70
Pocatello, Idaho 83204
Telephone: (208) 904-0004
Facsimile: (208) 904-1816
E-mail: hearn@hearnlawyers.com
         jbi@hearnlawyers.com

EMILY MACMASTER (ISB No. 6449)
MacMaster Law, PLLC
3363 N. Lakeharbor Lane
Boise, Idaho 83703
Telephone: (208) 608-2235
E-mail: emily@macmasterlaw.com
         emacmaster07@gmail.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEEVA ROSSOW,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVE JEPPESEN, Director, Idaho Department of Health and Welfare, in his official capacity,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-131-BLW<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS STATE LAW CLAIMS** |

Plaintiff KEEVA ROSSOW, on her own behalf and on behalf of the putative class, by and through her counsel of record, provides this notice of non-opposition to Defendant's Motion to Dismiss State Law Claims for Lack of Jurisdiction filed on July 25, 2024 (Docket No. 59), as follows:

PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS STATE LAW CLAIMS – Page 1

In the Verified First Amended Complaint for Declaratory and Injunctive Relief filed on December 1, 2023 (Docket No. 25) (the "First Amended Complaint"), Counts I–IV arise out of the same set of facts and allege that enforcement of *IDAPA 16.06.01.563.02.a* violates the constitutional substantive and procedural due process rights, and equal protection rights of Plaintiff and the putative class. However, Counts I–III allege *only* federal claims, whereas Count IV alleges *only* state law claims under the Idaho Constitution. (Dkt. 25, pp. 22–28.)

In the motion, Defendant moves to dismiss state law claims asserted in the First Amended Complaint. (Dkt. 59.) In the memorandum filed in support, Defendant identifies Count IV of the First Amended Complaint (at Docket No. 59-1, p. 2) which alleges *only* state law claims. (Dkt. 25, pp. 27-28.) Plaintiff thus hereby gives notice of non-opposition to Defendant's motion to dismiss all state law claims alleged in Count IV in its entirety.[1]

DATED this 15th day of August 2024.

> MACMASTER LAW, PLLC
>
> /s/ Emily A. MacMaster
> Emily A. MacMaster
> Attorneys for Plaintiff

---

[1] Defendant does not appear to intend the Motion to Dismiss to apply to any Counts other than Count IV. This non-opposition does *not* extend to Counts I–III, alleging only federal claims. (Dkt. 25, pp. 22–26.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August 2024, I caused a true and correct copy of the foregoing document to be served by the method indicated below upon:

| | |
|---|---|
| Brian Church (ISB No. 9391)<br>IDAHO OFFICE OF ATTORNEY GENERAL<br>P.O. Box 83720<br>Boise, Idaho 83720-0010<br>Facsimile: (208) 854-8073<br>brian.church@ag.idaho.gov<br><br>*Attorneys for Defendant* | ☒ CM/ECF system<br>☐ E-Mail<br>☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivery<br>☐ Certified Mail, Return Receipt Requested<br>☐ Overnight Mail |

By:  /s/ Emily A. Mac Master
      Emily A. MacMaster

PLAINTIFF'S NON-OPPOSITION TO MOTION TO DISMISS STATE LAW CLAIMS – Page 3