RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
SEAN M. CORKERY, ISB #12350
Assistant Solicitor General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
jack.corkery@ag.idaho.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEEVA ROSSOW,<br><br>       Plaintiff,<br><br>v.<br><br>DAVE JEPPESEN,[1] Director, Idaho Health and Welfare, in his official capacity,<br><br>       Defendant. | Case No. 1:23-cv-00131-BLW<br><br>**REPLY IN SUPPORT OF MOTION TO DISMISS STATE LAW CLAIMS FOR LACK OF JURISDICTION [DKT. 59]** |

---

[1] Director Alex J. Adams has now substituted for former Director Dave Jeppesen and former Interim Director Dean Cameron. Dkt. 54.

The Director's motion to dismiss the state-law claims, Dkt. 59, was unopposed by Ms. Rossow, Dkt. 66.[2] Accordingly, the Director's motion to dismiss should be granted for the reasons stated in the memorandum supporting the motion, and all state-law claims in the amended complaint, Dkt. 25, should be dismissed.

DATED:  August 29, 2024.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


By:    /s/ Brian V. Church
            BRIAN V. CHURCH
            Lead Deputy Attorney General

---

[2] Ms. Rossow asserts that counts I-III of her amended complaint only assert federal-law claims. Dkt. 66 at 2 n.1. Count II, however, was previously dismissed by the Court with prejudice, and so it is no longer at issue in this case. *See* Dkt. 27 (answer) at 20; Dkt. 24 (decision) at 25.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard A. Hearn
hearn@hearnlawyers.com

John B. Ingelstrom
jbi@hearnlawyers.com

Emily MacMaster
emily@macmasterlaw.com
emacmaster07@gmail.com

*Attorneys for Plaintiff*

By:   /s/ *Brian V. Church*
BRIAN V. CHURCH
Lead Deputy Attorney General