UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEEVA ROSSOW,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVE JEPPESEN, Director, Idaho Health and Welfare, in his official capacity,<br><br>  Defendant. | Case No. 1:23-cv-00131-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

In March 2023, Keeva Rossow filed this action against the Idaho Department of Health and Welfare challenging IDAPA 16.06.01.563.02(a). Pursuant to IDAPA 16.06.01.563.02(a), prenatal use of any controlled substance is considered an incident of child abuse, neglect, or abandonment that results in an individual's placement on the Child Protection Central Registry for a minimum of 10 years. Ms. Rossow alleges that she was placed on the Central Registry for a violation of this regulation after testing positive for THC at the birth of her child. *Am. Compl.*, Dkt. 25. Her Amended Complaint alleges the operation of this provision violates the state and federal constitution. *Id.*

**MEMORANDUM DECISION AND ORDER - 1**

The Department now moves to dismiss Ms. Rossow's claims under the Idaho constitution for lack of jurisdiction. It explains that Eleventh Amendment immunity prevents Ms. Rossow from bringing any claim against the Director of the Department in his official capacity. *See Motion*, Dkt. 59. In response, Ms. Rossow filed a notice of nonopposition to the motion to dismiss. *See* Dkt. 66. Because Ms. Rossow does not oppose the motion to dismiss her state law claims, the Court grants the Department's motion. *See 5960 Bonsall, LLC v. Lanix Exploration, Inc.*, No. CV 15-03628 MMM (PJWx), 2015 WL 12698432, at *1 (C.D. Cal. 2015). Accordingly, Count IV is dismissed.

## ORDER

**IT IS ORDERED that** Defendant's Motion to Dismiss Count IV (Dkt. 59) is **GRANTED**.

DATED: October 18, 2024

_____
B. Lynn Winmill
U.S. District Court Judge