RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
SEAN M. CORKERY, ISB #12350
Assistant Solicitor General
Office of the Attorney General
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov
jack.corkery@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KEEVA ROSSOW,<br><br>   Plaintiff,<br><br>v.<br><br>DAVE JEPPESEN,[1] Director, Idaho Health and Welfare, in his official capacity,<br><br>   Defendant. | Case No. 1:23-cv-00131-BLW<br><br>**REPLY IN SUPPORT OF [DKT. 76] MOTION TO MODIFY SCHEDULING ORDER (DISPOSITIVE MOTION DEADLINE) [DKT. 21]** |

---

[1] Director Alex J. Adams has now substituted for former Director Dave Jeppesen and former Interim Director Dean Cameron. Dkt. 54.

The Director moved the Court to modify the scheduling order to change the dispositive motion deadline. Dkt. 76. Specifically, he sought to change the deadline to 120 days after the date of entry of the last of the Court's decisions on the following two motions: (i) Plaintiff's Motion to Modify the Scheduling Order and for Leave to Amend the Verified First Amended Complaint for Declaratory and Injunctive Relief, Dkt. 49, and (ii) Plaintiff's First Motion for Class Certification, Dkt. 60.

The Director had also filed a motion to shorten time or for a temporary extension of the dispositive motion deadline. Dkt. 77. After informal communications about that motion, the Court issued its Memorandum Decision and Order on the extension motion. Dkt. 78. The Court granted the temporary extension requested in Dkt. 77, resetting the deadline until February 18, 2025, but did not otherwise disturb the standard briefing schedule for the Dkt. 76 motion. *See* Dkt. 78 at 4. Thereafter, Rossow's opposition deadline passed without further opposition from her. *See* Not. of Elec. Filing, Dkt. 76 (noting responses due January 7, 2025).

Accordingly, the Director asks that the Court grant his motion to extend the dispositive motion deadline. Good cause supports the request as detailed in the initial motion, Dkt. 76 (and its accompanying filings), and as found by the Court in its memorandum decision and order on the extension motion, Dkt. 78.

DATED: January 14, 2025.

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        By: */s/ Brian V. Church*
            BRIAN V. CHURCH
            Lead Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard A. Hearn
hearn@hearnlawyers.com

John B. Ingelstrom
jbi@hearnlawyers.com

Emily MacMaster
emily@macmasterlaw.com

*Attorneys for Plaintiff*

                                                /s/ *Brian V. Church*
                                                BRIAN V. CHURCH