**EXHIBIT I**



# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: **"Idaho Department of Health and Welfare"** or **"IDHW"**. DO NOT SEND CASH.
- Requests **must** be mailed to:

**IDHW – Criminal History Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

170-B

RECEIVED

MAR 03 2024

CRIMINAL HISTORY

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME:
REDACTED

FIRST NAME:
REDACTED

MAIDEN/FORMER NAME(S)/ALIASES:
REDACTED

DATE OF BIRTH:
REDACTED

SOCIAL SECURITY NUMBER:
REDACTED

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

**Wyoming Department of Family Services**

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: **Wyoming Department of Family Services**

STREET/PO BOX: **2300 Capitol Ave. 3rd Floor**

EMAIL: **centralregistry@wyo.gov**

CITY/STATE/ZIP: **Cheyenne, WY 82002**

FAX NUMBER:

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

- [ ] Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152)
- [✔] Child Care Employment (CCDBG)
- [ ] Guardian ad Litem/Court Appointed Special Advocate
- [ ] Other **(must specify law/ordinance)**:

Confidential          IDHW_00003891



# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

| PRINT NAME: | SIGN (PARENT/GUARDIAN IF UNDER 18): |
|---|---|
| REDACTED | REDACTED |

STATE OF _Wyoming_
COUNTY OF _Sweetwater_
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS _16th_ DAY OF _February_, 20_24_.

NOTARY PUBLIC SIGNATURE _Beth A Whitman_

MY COMMISSION EXPIRES ON _7/10/28_

> BETH A. WHITMAN
> Notary Public - State of Wyoming
> Commission ID 156710
> My Commission Expires Jul 10, 2028
> SEAL

## RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| | 03/14/2024 |

Confidential        IDHW_00003892

# Invoice

**Name** Youth Home, Inc

**Address**

**City, State, Zip**

**Phone**

**Customer Order Number**

**Sold By**

**Ship To** BGU

**Address**

**City, State, Zip**

**E-mail**

**Terms**

**F.O.B.**

**Date** 3/12/24

170-B

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | 2015 | REDACTED | 70 | 70 | 70 00 |

**Notes**

| | Subtotal | |
| | Tax | |
| | **Total** | 70 00 |

Thank You

07/4007/074008

South Park, Inc., dba Developmental Options

74922

| Date | Invoice Number | Comment | Amount | Discount Amount | Net Amount |
|------|----------------|---------|--------|-----------------|------------|
| 1/2/2024 | 01/02/23 HD | REDACTED | 20.00 | 0.00 | 20.00 |

Check:      1/4/2024      Department of Health & Welfare      Check Total:      20.00

---

South Park, Inc., dba Developmental Options
415 S. Arthur Ave.
Pocatello, ID 83204
208-233-6833

**Ireland Bank**
THERE IS A DIFFERENCE
408 Yellowstone Ave., Pocatello, Idaho 83201

92-85/1241

DATE
1/4/2024

8822-123

*TWENTY AND XX / 100

AMOUNT
*************20.00*

PAY
TO THE
ORDER
OF

Department of Health & Welfare
Revenue Operations
P.o. Box 83720
Boise, ID 83720-0036

Security features. Details on back.



IDAHO DEPARTMENT OF
**HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

IDHW – Background Check Unit
ATTN: CWIS
P.O. Box 83720
Boise, Idaho 83720

## PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME: REDACTED          FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES:

DATE OF BIRTH: REDACTED          SOCIAL SECURITY NUMBER: REDACTED

## AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

Developmental Options

## RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: Developmental Options

STREET/PO BOX:
415 So. Arthur Ave

EMAIL: hr@developmentaloptions.org

CITY/STATE/ZIP: Pocatello, ID 83204

FAX NUMBER: 208 - 233 - 6842

## REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152)

Child Care Employment (CCDBG)

Guardian ad Litem/Court Appointed Special Advocate

Other (must specify law/ordinance): employment Clearance
Section 56-1004A

PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE          Page 1 of 2          REV 04/2023



IDAHO DEPARTMENT OF
**HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

### IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Background Check Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.

PRINT NAME: **REDACTED**                SIGN (PARENT/GUARDIAN IF UNDER 18): **REDACTED**

STATE OF _Idaho_
COUNTY OF _Bannock_
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS _02nd_ DAY OF _January_ _2024_.

NOTARY PUBLIC SIGNATURE _Elise Woolstenhulm_

MY COMMISSION EXPIRES ON _04/28/2029_

SEAL *[Notary seal: ELISE WOOLSTENHULLE, NOTARY PUBLIC, COMM. #20231173, STATE OF IDAHO]*

| | RESULTS: TO BE COMPLETED BY IDHW STAFF ONLY |
|---|---|
| | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ✓ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| | UNABLE TO PROCESS DUE TO: |
| | INCOMPLETE FORM |
| | PAYMENT NOT INCLUDED |
| | ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| | 01/16/2024 |

Confidential          IDHW_00003896



# POCATELLO POLICE DEPARTMENT
Roger J. Schei, Chief of Police
*COMMUNITY COMMITMENT*
911 North 7th Avenue • P.O. Box 2877 • Pocatello, ID 83206-2877 • Phone: (208) 234-6113 • Fax: (208) 234-6290
www.pocatello.us/police



DATE:  04/17/2024

The Pocatello Police Department is authorizing the fee of $20.00 to be invoiced to our account for the completion of a check of the Child Protection Registry on:

## REDACTED

Printed Name

Sincerely,

Chief of Police Roger Schei
Pocatello Police Department



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: **"Idaho Department of Health and Welfare"** or **"IDHW"**. DO NOT SEND CASH.
- Requests **must** be mailed to:

  IDHW – Criminal History Unit
  ATTN: CWIS
  P.O. Box 83720
  Boise, Idaho 83720

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME: REDACTED

FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

DATE OF BIRTH: REDACTED

SOCIAL SECURITY NUMBER: REDACTED

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME: Pocatello Police Dept

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: Mariane Baslom

STREET/PO BOX:

EMAIL: mbaslom @pocatello.gov

CITY/STATE/ZIP:

FAX NUMBER:

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| [ ] | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| [✓] | Child Care Employment (CCDBG) |
| [ ] | Guardian ad Litem/Court Appointed Special Advocate |
| [ ] | Other (**must specify law/ordinance**): |

Confidential                                          IDHW_00003898



## AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM
## THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

IDAHO DEPARTMENT OF
HEALTH & WELFARE

### IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

PRINT NAME:

SIGN (PARENT/GUARDIAN IF UNDER 18):

# REDACTED   REDACTED

STATE OF _Idaho_
COUNTY OF _Bannock_
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS _17th_ DAY OF _April_ 20_24_.

NOTARY PUBLIC SIGNATURE _Amanda Clark_

MY COMMISSION EXPIRES ON _8/23/25_

SEAL *(Notary seal: AMANDA CLARK, NOTARY PUBLIC, STATE OF IDAHO, Comm. No. 20191710)*

### RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| _Chantel Thrasher_ | 04/25/2024 |

Confidential          IDHW_00003899



**IDAHO DEPARTMENT OF**
**HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

**IDHW – Criminal History Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
**IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED**

LAST NAME: REDACTED

FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

DATE OF BIRTH: REDACTED

SOCIAL SECURITY NUMBER: REDACTED

### AGENCY INFORMATION:
**IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW**

LICENSING AGENCY/EMPLOYER NAME:

**Little Scholars Academy**

### RETURN RESULTS TO:
**IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS**

NAME: **Samantha Dicus**

| | |
|---|---|
| STREET/PO BOX: **350 E Pennsylvania St** | EMAIL: **LittleScholarsBilling@gmail.com** |
| CITY/STATE/ZIP: **Boise, ID 83706** | FAX NUMBER: **208-344-7050 (Call Ahead)** |

### REASON FOR REQUEST:
**SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" AND SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.**

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☑ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☐ | Other (**must specify law/ordinance**): |

Confidential     IDHW_00003900



IDAHO DEPARTMENT OF
HEALTH & WELFARE

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

PRINT NAME:

REDACTED

SIGN (PARENT/GUARDIAN IF UNDER 18)

REDACTED

STATE OF __Idaho__

COUNTY OF __ADA__

SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS __17__ DAY OF __April__ 20__24__.

NOTARY PUBLIC SIGNATURE _Samantha Dine_

MY COMMISSION EXPIRES ON __01/09/2029__

SEAL

SAMANTHA ANN DICUS
NOTARY PUBLIC
MY COMMISSION
EXPIRES 1-9-2029
STATE OF IDAHO
COMMISSION NUMBER 20232904

## RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

SIGNATURE: _Chantel Thrasher_

DATE: 05/14/2024

Confidential        IDHW_00003901

# LITTLE SCHOLARS ACADEMY, LLC.
## INVOICING AUTHORIZATION

350 E PENNSYLVANIA ST
BOISE, ID 83706

208-344-7050
TAX ID: 45-5398960

4\17\24

Criminal History Unit,

Little Scholars Academy is authorizing the fee of $20.00 to be invoiced to our account for the completion of a check of the Idaho Child Protection Registry for:

**REDACTED**

Sincerely,

*Samantha Dicus*

Samantha Dicus
Little Scholars Academy
Office Manager



| **East Location** | **PHONE** | 208-344-7050 (East) |
| 350 E Pennsylvania St | **PHONE** | 208-376-4383 (West) |
| Boise, ID 83706 | **EMAIL** | littlescholarsbilling@gmail.com |
| **West Location** | **WEBSITE** | www.LSABoise.com |
| 8580 W Ustick Rd | **TAX ID** | 45-5398960 |
| Boise, ID 83704 | | |

IDHW_00003902



# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

IDAHO DEPARTMENT OF
HEALTH & WELFARE

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

**IDHW – Criminal History Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

291578

RECEIVED
MAR 27 2024

MAR 11 2024

LICENSING & ACCREDITATION

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

| LAST NAME: REDACTED | FIRST NAME: REDACTED |
|---|---|

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

| DATE OF BIRTH: REDACTED | SOCIAL SECURITY NUMBER: REDACTED |
|---|---|

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

**South Dakota Dept. Human Services**         **Miranda Caruso**

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: DSS Office of Licensing & Accreditation

| STREET/PO BOX: 910 E Sioux Ave | EMAIL: Kyli.Klinger@state.sd.us |
|---|---|
| CITY/STATE/ZIP: Pierre SD 57501 | FAX NUMBER: (605) 773-7294 |

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☑ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☐ | Other (**must specify law/ordinance**): |

Confidential          IDHW_00003903



**IDAHO DEPARTMENT OF**
**HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

PRINT NAME: **REDACTED**

SIGN (PARENT/GUARDIAN IF UNDER 18): **REDACTED**

RECEIVED

MAR 11 2024

LICENSING & ACCREDITATION

STATE OF South Dakota
COUNTY OF Minnehaha
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS 7th DAY OF March , 20 24.

NOTARY PUBLIC SIGNATURE Miranda J Caruso

MY COMMISSION EXPIRES ON 2/16/30

MIRANDA J CARUSO
NOTARY PUBLIC
(SEAL) SOUTH DAKOTA (SEAL)
My Commission Expires 2/16/30

SEAL

## RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |

| | |
|---|---|
| ☐ | INCOMPLETE FORM |
| ☐ | PAYMENT NOT INCLUDED |
| ☐ | ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| ☐ | OTHER: |

## COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| Chantel Thrasher | 04/08/2024 |

Confidential    IDHW_00003904

297578

| NAME | SD DSS | SHIP TO | |
|------|--------|---------|--|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | |

| ORDER NO. | | TERMS | | DATE 3-29-24 |
|-----------|--|-------|--|-------|
| WHEN SHIP | | HOW SHIP | | SALESPERSON |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| | CWIS for REDACTED | 20 | 20 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 20 |

BUYER

Confidential



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

   **IDHW – Criminal History Unit**
   **ATTN: CWIS**
   **P.O. Box 83720**
   **Boise, Idaho 83720**

RECEIVED
MAR 1 2 [illegible]

897612

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

| LAST NAME: | FIRST NAME: |
|---|---|
| REDACTED | REDACTED |

MAIDEN/FORMER NAME(S)/ALIASES:

REDACTED

| DATE OF BIRTH: | SOCIAL SECURITY NUMBER: |
|---|---|
| REDACTED | REDACTED |

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

NxtGen Kidz, LLC

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME:   **DSS Office of Licensing & Accreditation**

| STREET/PO BOX: | 910 E Sioux Ave | EMAIL: | Kyli.Klinger@state.sd.us |
|---|---|---|---|
| CITY/STATE/ZIP: | Pierre SD 57501 | FAX NUMBER: | (605) 773-7294 |

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" <u>AND</u> SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☑ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☐ | Other (**must specify law/ordinance**): |

Confidential            IDHW_00003906



IDAHO DEPARTMENT OF
**HEALTH & WELFARE**

## AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

### IMPORTANT:
**THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED**

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

| PRINT NAME: | SIGN (PARENT/GUARDIAN IF UNDER 18): |
|---|---|
| REDACTED | REDACTED |

STATE OF ___South Dakota___
COUNTY OF ___Minnehaha___
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS __20th__ DAY OF __February__, 20 __24__.

NOTARY PUBLIC SIGNATURE ___Miranda Caruso___

MY COMMISSION EXPIRES ON ___2/16/30___

> MIRANDA J CARUSO
> NOTARY PUBLIC
> SEAL SOUTH DAKOTA SEAL
> SEAL My Commission Expires

### RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| | 03/21/2024 |

Confidential          IDHW_00003907



Confidential IDHW_00003908



*Child Care & Preschool*
*3250 N. Shamrock Ave*
*Boise, Idaho 83713*
*208.378.1007*

December 19, 2023

Please find attached the Child Registry Authorization and Consent form for

REDACTED

Please bill our account $20.00 for the individual listed above. If you have additional questions, please contact me at the number above.

Thank you



REDACTED



IDAHO DEPARTMENT OF
HEALTH & WELFARE

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

IDHW – Background Check Unit
ATTN: CWIS
P.O. Box 83720
Boise, Idaho 83720

## PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
### IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME: REDACTED | FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

DATE OF BIRTH: REDACTED | SOCIAL SECURITY NUMBER: REDACTED

## AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

Kidz Incorporated

## RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: REDACTED

STREET/PO BOX: | EMAIL: REDACTED

CITY/STATE/ZIP: | FAX NUMBER:

## REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| X | Child Care Employment (CCDBG) |
| | Guardian ad Litem/Court Appointed Special Advocate |
| | Other (**must specify law/ordinance**): |

Confidential          IDHW_00003910



ISAHO DEPARTMENT OF
HEALTH & WELFARE

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Background Check Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.

PRINT NAME: REDACTED          SIGN (PARENT/GUARDIAN) REDACTED

STATE OF Idaho
COUNTY OF Ada
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS 19 DAY OF December, 20 23.

NOTARY PUBLIC SIGNATURE _____

MY COMMISSION EXPIRES ON _____ 10-20-2028

SEAL LITA IVERSON, Comm. No. 2022... NOTARY PUBLIC, STATE OF IDAHO, Expires: 10/20/20...

## RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ✓ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| | UNABLE TO PROCESS DUE TO: |
| | INCOMPLETE FORM |
| | PAYMENT NOT INCLUDED |
| | ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| | 04/04/2024 |

PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE          Page 2 of 2          REV 04/2023



IDAHO DEPARTMENT OF
HEALTH & WELFARE

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: **"Idaho Department of Health and Welfare"** or **"IDHW"**. DO NOT SEND CASH.
- Requests **must** be mailed to:

**IDHW – Criminal History Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

## PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):

IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME:

REDACTED

FIRST NAME:

REDACTED

MAIDEN/FORMER NAME(S)/ALIASES:

DATE OF BIRTH:

REDACTED

SOCIAL SECURITY NUMBER:

REDACTED

## AGENCY INFORMATION:

IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

**Little Scholars Academy**

## RETURN RESULTS TO:

IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: **Samantha Dicus**

| STREET/PO BOX: | 350 E Pennsylvania St | EMAIL: | LittleScholarsBilling@gmail.com |
|---|---|---|---|
| CITY/STATE/ZIP: | Boise, ID 83706 | FAX NUMBER: | 208-344-7050 (Call Ahead) |

## REASON FOR REQUEST:

SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" AND SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☑ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☐ | Other (**must specify law/ordinance**): |

Confidential                                                                 IDHW_00003912



IDAHO DEPARTMENT OF
HEALTH & WELFARE

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

### IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

| PRINT NAME: | SIGN (PARENT/GUARDIAN IF UNDER 18): |
|---|---|
| REDACTED | REDACTED |

STATE OF ___Idaho___
COUNTY OF ___ADA___
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS ___5___ DAY OF ___June___ 20_24_.

NOTARY PUBLIC SIGNATURE ___Samantha Dine___

MY COMMISSION EXPIRES ON ___01/09/2029___

SEAL

*(Notary seal: SAMANTHA ANN DICUS, NOTARY PUBLIC, MY COMMISSION EXPIRES 1-9-2029, STATE OF IDAHO, COMMISSION NUMBER 20202049)*

### RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: | DATE: |
|---|---|
| *Chantel Thrasher* | 06/18/2024 |

Confidential          IDHW_00003913

# LITTLE SCHOLARS ACADEMY, LLC.
## INVOICING AUTHORIZATION

350 E PENNSYLVANIA ST
BOISE, ID 83706

208-344-7050
TAX ID: 45-5398960

6|5|24

Criminal History Unit,

Little Scholars Academy is authorizing the fee of $20.00 to be invoiced to our account for the completion of a check of the Idaho Child Protection Registry for:

**REDACTED**

Sincerely,

*Samantha Dicus*

Samantha Dicus
Little Scholars Academy
Office Manager



**East Location**
350 E Pennsylvania St
Boise, ID 83706
**West Location**
8580 W Ustick Rd
Boise, ID 83704

| | |
|---|---|
| **PHONE** | 208-344-7050 (East) |
| **PHONE** | 208-376-4383 (West) |
| **EMAIL** | littlescholarsbilling@gmail.com |
| **WEBSITE** | www.LSABoise.com |
| **TAX ID** | 45-5398960 |



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

  **IDHW – Background Check Unit**
  **ATTN: CWIS**
  **P.O. Box 83720**
  **Boise, Idaho 83720**

*RECEIVED MAR 20 2024*

*FEB 2 1 2024*

*3418*

## PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
### IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME: REDACTED    FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

REDACTED

SOCIAL SECURITY NUMBER: REDACTED

## AGENCY INFORMATION:
### IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

New Horizon

## RETURN RESULTS TO:
### IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: REDACTED

STREET/PO BOX: REDACTED    EMAIL: REDACTED

CITY/STATE/ZIP: REDACTED    FAX NUMBER:

## REASON FOR REQUEST:
### SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" AND SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| X | Child Care Employment (CCDBG) |
| | Guardian ad Litem/Court Appointed Special Advocate |
| | Other (**must specify law/ordinance**): |

Confidential     IDHW_00003915



# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

IDAHO DEPARTMENT OF
**HEALTH & WELFARE**

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Background Check Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.

**REDACTED** **REDACTED**

PRINT NAME:               SIGN (PARENT/GUARDIAN IF UNDER 18):

STATE OF _Idaho_
COUNTY OF _Ada_
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS _30_ DAY OF _January_, 20_24_.

NOTARY PUBLIC SIGNATURE _____

MY COMMISSION EXPIRES ON _03/10/2029_

TAMMY DIXON
COMMISSION #20231070
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 03/10/2029
SEAL

## RESULTS:
### TO BE COMPLETED BY IDHW STAFF ONLY

| | | |
|---|---|---|
| | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. | |
| ✓ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. | |
| ✗ | UNABLE TO PROCESS DUE TO: | |
| |    ✗    INCOMPLETE FORM    ~~ett~~ 2/21 | |
| |       PAYMENT NOT INCLUDED | |
| |       ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM | |
| |       OTHER: | |

### COMPLETED BY: (IDHW STAFF ONLY)

| SIGNATURE: _Chantel Thrasher_ | DATE: 4/4/2024 |
|---|---|

Confidential      IDHW_00003916

# Invoice

**REDACTED**

**REDACTED**

| Name | REDACTED | Ship To | |
|---|---|---|---|
| Address | | Address | |
| City, State, Zip | | City, State, Zip | 114 |
| Phone | | E-mail | |
| Customer Order Number | Sold By | Terms | F.O.B. |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | CWIS for REDACTED | 20 | 1 | 20 |
| | | | | | |
| | | | | | |

Date 3-25-24

Subtotal

Tax

Total 20

Notes

348

Confidential

IDHW_00003917

Thank You





**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: **"Idaho Department of Health and Welfare"** or **"IDHW"**. DO NOT SEND CASH.
- Requests **must** be mailed to:

*998266*

**IDHW – Criminal History Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

JUN 0 4 2024

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME:
REDACTED

FIRST NAME:
REDACTED

MAIDEN/FORMER NAME(S)/ALIASES:

DATE OF BIRTH:
REDACTED

SOCIAL SECURITY NUMBER:
REDACTED

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

**Snake River Juvenile Detention Center**

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: **Peggy Orr - Snake River Juvenile Detention Center**

| STREET/PO BOX: | P. O. Box 126 | EMAIL: | peggy-o@co.twin-falls.id.us |
| CITY/STATE/ZIP: | Twin Falls, ID 83303 | FAX NUMBER: | 208-736-2087 |

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" AND SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☐ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☑ | Other (**must specify law/ordinance**): |

**Prison Rape Elimination Act 115.317 Hiring & Promotion Decisions**

Confidential     IDHW_00003919



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

**IMPORTANT:**

**THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED**

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

| PRINT NAME: | SIGN (PARENT/GUARDIAN IF UNDER 18): |
|---|---|
| REDACTED | REDACTED |

STATE OF ___**Idaho**___

COUNTY OF ___**Twin Falls**___

SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS __18TH__ DAY OF __MAY__, 20 __24__.

NOTARY PUBLIC SIGNATURE _____ WS

MY COMMISSION EXPIRES ON ~~November 16, 2027~~ WS

MAY 13, 2028

> WHITNIE SHAPIRO
> Notary Public - State of Idaho
> Commission Number 20222524
> My Commission Expires May 13, 2028

SEAL

| RESULTS: |
|---|
| **TO BE COMPLETED BY IDHW STAFF ONLY** |

| | |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☑ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

| COMPLETED BY: (IDHW STAFF ONLY) | |
|---|---|
| SIGNATURE: *Chantel Thrasher* | DATE: 06/14/2024 |

Confidential     IDHW_00003920

998266



| CUSTOMER'S ORDER NO. | | | | DATE 6/6/24 | | |
|---|---|---|---|---|---|---|

NAME Twin Falls County
ADDRESS

CITY, STATE, ZIP

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD | PAID OUT |
|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Mats for | | | 20 00 |
| 2 | REDACTED | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | Check #0345780 | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |

RECEIVED BY

**KEEP THIS SLIP FOR REFERENCE**

A-4705
T-46528

61-11

Confidential



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

**JAN 2 6 2024**

IDHW – Criminal History Unit
ATTN: CWIS
P.O. Box 83720
Boise, Idaho 83720

184

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

| LAST NAME: REDACTED | FIRST NAME: REDACTED |
|---|---|

MAIDEN/FORMER NAME(S)/ALIASES: REDACTED

| DATE OF BIRTH: REDACTED | SOCIAL SECURITY NUMBER: REDACTED |
|---|---|

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:

**MN Department of Human Services**

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: **Minnesota Department of Human Services - Background Studies Division** /Melanie Bourgeois

| STREET/PO BOX: **PO Box 64172** | EMAIL: melanie.bourgeois@state.mn.us |
|---|---|
| CITY/STATE/ZIP: **St.Paul, MN, 55164** | FAX NUMBER: **651-431-7670** |

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" AND SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| ☐ | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| ☑ | Child Care Employment (CCDBG) |
| ☐ | Guardian ad Litem/Court Appointed Special Advocate |
| ☐ | Other (**must specify law/ordinance**): |

PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE          Page **1** of **2**

REV 04/2019



**IDAHO DEPARTMENT OF HEALTH & WELFARE**

## AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

**THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED**

**IMPORTANT:**

I authorize and direct the Idaho Department of Health and Welfare Criminal History Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, fees, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

**THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.**

PRINT NAME: **REDACTED**

SIGN (PARENT/GUARDIAN IF UNDER 18): **REDACTED**

STATE OF _Minnesota_

COUNTY OF _Redwood_

SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS __8__ DAY OF _December_, 20 _23_.

NOTARY PUBLIC SIGNATURE _Linda Dolan_

MY COMMISSION EXPIRES ON ___1-31-2028___

> LINDA DOLAN
> NOTARY PUBLIC
> MINNESOTA
> My Commission Expires Jan. 31, 2028

SEAL

| | **RESULTS:** TO BE COMPLETED BY IDHW STAFF ONLY |
|---|---|
| ☐ | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ✓ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ☐ | UNABLE TO PROCESS DUE TO: |
| | ☐ INCOMPLETE FORM |
| | ☐ PAYMENT NOT INCLUDED |
| | ☐ ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | ☐ OTHER: |

| **COMPLETED BY: (IDHW STAFF ONLY)** | |
|---|---|
| SIGNATURE: | DATE: 02/05/2024 |

REV 04/

Page **2** of **2**

PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE



Confidential

 RECEIVED

MAR 1 5 2024


IDAHO DEPARTMENT OF
**HEALTH & WELFARE**

## AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## INSTRUCTIONS

- This form **must** be completed in its entirety.
- It **must** be signed by the person that is being checked, or, by their parent/guardian if the subject of the search is under the age of eighteen (18).
- The signature **must** be notarized.
- Include a check, money order, or appropriate invoice in the amount of $20.00 payable to: "**Idaho Department of Health and Welfare**" or "**IDHW**". DO NOT SEND CASH.
- Requests **must** be mailed to:

**IDHW – Background Check Unit**
**ATTN: CWIS**
**P.O. Box 83720**
**Boise, Idaho 83720**

### PERSON BEING CHECKED (PRINT CLEARLY OR TYPE):
IF THE FORM IS ILLEGIBLE OR INCOMPLETE, IT WILL BE REJECTED AND RETURNED

LAST NAME: REDACTED  FIRST NAME: REDACTED

MAIDEN/FORMER NAME(S)/ALIASES:

DATE OF BIRTH: REDACTED  SOCIAL SECURITY NUMBER: REDACTED

### AGENCY INFORMATION:
IF THIS REQUEST IS FOR A CITY DAYCARE LICENSE, LIST THE CITY NAME AS THE LICENSING AGENCY IN THE SECTION BELOW

LICENSING AGENCY/EMPLOYER NAME:
Department of Early Learning and Care/ Child Care Licensing Division

### RETURN RESULTS TO:
IF AN EMAIL ADDRESS IS PROVIDED, THAT WILL BE THE DEFAULT RETURN PROCESS

NAME: ROSARIO D. BARKER

| | |
|---|---|
| STREET/PO BOX: 700 Summer St NE, Suite 350 | EMAIL: ccdleds.emp@delc.oregon.gov |
| CITY/STATE/ZIP: Salem, OR 97301 | FAX NUMBER: 503-947-1428 |

### REASON FOR REQUEST:
SELECT THE REASON TO SEARCH THE IDAHO CHILD PROTECTION REGISTRY. IF THE REASON FOR THE REQUEST IS NOT LISTED, SELECT "OTHER" **AND** SPECIFY THE LAW/ORDINANCE REQUIRING THE CHECK TO BE COMPLETED.

| | |
|---|---|
| | Foster Care/Adoption/ICPC (Adam Walsh Act 42 USC 16961 Section 152) |
| X | Child Care Employment (CCDBG) |
| | Guardian ad Litem/Court Appointed Special Advocate |
| | Other (must specify law/ordinance): |

Confidential          IDHW_00003925

RECEIVED
MAR 1 5 2024
BY: ..........................



**IDAHO DEPARTMENT OF**
**HEALTH & WELFARE**

# AUTHORIZATION AND CONSENT TO RELEASE INFORMATION FROM THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY

## IMPORTANT:
### THIS REQUEST CANNOT BE PROCESSED WITHOUT THE NOTARIZED SIGNATURE OF THE PERSON BEING CHECKED

I authorize and direct the Idaho Department of Health and Welfare Background Check Unit to release the results of this search of the Child Abuse and Neglect Central Registry to the agency above.

I understand that the results and information about me contained in the Child Abuse and Neglect Central Registry may prove to be unfavorable to me and that a history of substantiated child abuse or neglect will effect my ability to work with children or vulnerable adults. I further understand that this information may later be disclosed by the individual/organization listed above. I do hereby fully, finally and forever discharge, release, acquit, and hold harmless the Idaho Department of Health and Welfare, its officers, agents, employees, and staff from any and all claims, liens, demands, liability, suits, judgments, or actions of whatever kind, whether known or unknown, which I may have at any time associated with the release of information I have requested using this form. If it appears to me that the information in the Child Abuse and Neglect Central Registry has not been updated or appears inaccurate, I will notify the Idaho Department of Health and Welfare immediately. This authorization and consent shall be binding upon my heirs, representatives, executors, administrators, assigns, and successors and no promise, inducement or agreement not herein expressed has been made to me. The terms of this authorization and consent are contractual in nature and are not mere recitals. This is a continuing authorization and consent which shall remain effective until revoked by me in writing.

THE UNDERSIGNED HAVE READ THE FOREGOING AND FULLY UNDERSTAND IT.

PRINT NAME **REDACTED**     SIGN **REDACTED**

STATE OF _Oregon_
COUNTY OF _Josephine_
SUBSCRIBED AND SWORN (OR AFFIRMED) BEFORE ME THIS _12th_ DAY OF _March_ , 20_24_ .

NOTARY PUBLIC SIGNATURE _Meadow Jade Estupinian Blanco_

MY COMMISSION EXPIRES ON _May 31st, 2025_

OFFICIAL STAMP
MEADOW JADE ESTUPINIAN-BLANCO
NOTARY PUBLIC-OREGON
COMMISSION NO. 1012921A
SEAL COMMISSION EXPIRES MAY 31, 2025

| RESULTS: TO BE COMPLETED BY IDHW STAFF ONLY | |
|---|---|
| | THE ABOVED NAMED INDIVIDUAL **IS NOT** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| ✕ | THE ABOVED NAMED INDIVIDUAL **IS** LISTED ON THE IDAHO CHILD ABUSE AND NEGLECT CENTRAL REGISTRY. |
| | UNABLE TO PROCESS DUE TO: |
| | INCOMPLETE FORM |
| | PAYMENT NOT INCLUDED |
| | ILLEGIBLE – UNABLE TO READ INFORMATION ON FORM |
| | OTHER: |

| COMPLETED BY: (IDHW STAFF ONLY) | |
|---|---|
| SIGNATURE: | DATE: 04/01/2024 |

Confidential                                                        IDHW_00003926





**Child Care Licensing Division**
700 Summer Street NE #350
Salem, Oregon 97301
DELC.Info@delc.oregon.gov
Oregon.gov/delc

Date: 03/21/2024

***Oregon Department of Early Learning and Care, Child Care Licensing Division*** is authorizing the fee of $20.00 to be invoiced to our account for the completion of a check of the Idaho Child Protection Registry on:

# REDACTED

*Typed/printed Person's name*

Sincerely,

*Hope Hicks*

Hope Hicks
Early Learning Division and Care, Child Care Licensing Division

---

*The **Missio**n of the Department of Early Learning and Care fosters coordinated, culturally appropriate, and family-centered services that recognize and respect the strengths and needs of all children, families, and early learning and care professionals. **Our Vision** is that all children, families, early care and education professionals, and communities are supported and empowered to thrive.*